IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL GUTEMA,<br><br>    *Plaintiff*,<br><br>v.<br><br>COMMUNICATIONS TEST DESIGN, INC., d/b/a/ CTDI,<br>    *Defendant*. | CIVIL ACTION<br>NO. 18-04785 |

## ORDER

**AND NOW**, this 2nd day of May, 2019, after consideration of Defendant's Motion to Dismiss, (ECF No. 9), Plaintiff's Response, (ECF No. 10), and Defendant's Reply, (ECF No. 11), it is hereby **ORDERED** that the Motion is **GRANTED without prejudice**. Plaintiff must file a Second Amended Complaint on or before **Thursday, May 16, 2019**, or his race discrimination claims under Title VII, the PHRA and 42 U.S.C. § 1981 will be dismissed with prejudice.

                                                  BY THE COURT:

                                                  ***/s/ Gerald J. Pappert***
                                                  GERALD J. PAPPERT, J.